E-FILED
Thursday, 25 August, 2005  11:53:45 AM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

## For the Seventh Circuit

## Chicago, Illinois 60604

### NOTICE OF ORAL ARGUMENT

Date: August 23, 2005

By the court:

No. 03-3202

LISA WILLIAMS-LINDSEY,
                Plaintiff - Appellant

    v.

NATIONAL CAR RENTAL SYSTEM, INCORPORATED,
                Defendant - Appellee


Appeal from the United States District Court for the
Central District of Illinois
No. 99 C 4101, Joe Billy McDade, Judge


        **IT IS ORDERED** that this case be orally argued on
Tuesday, September 27, 2005, in the Ceremonial Courtroom of the United
States Courts, 219 South Dearborn, Room 2525, Chicago, Illinois
at 10:00 a.m.

        Oral argument will be no more than 10 minutes for each side.
Counsel are advised that the panel of judges assigned to oral
argument may decide, after reading the briefs, that less time
is required for oral argument.

        **IT IS FURTHER ORDERED** that counsel notify the Calendar
Clerk (312-435-5850) who will present oral argument by completing
and returning the enclosed post card to the court.  Notice must be
received in the clerk's office no later than 5 business days prior
to the scheduled argument date.

        Copies of this notice have been sent to counsel of record.

NOTE: Any request for waiver or postponement of a scheduled oral argument must be made by formal motion, with proof of
    service on all other counsel or parties.  Postponements will be granted only in extraordinary circumstances.  See
    Circuit Rule 34(e).

    Please review the attached "Special Notice to Counsel Who Will Present Oral Argument" for important requirements
    and information about oral argument in the Court of Appeals.

(1208-110493)