E-FILED
Thursday, 25 August, 2005  04:29:38 PM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 309.793.5778
FAX: 309.793.5878

OFFICE OF THE CLERK
40 POST OFFICE BUILDING
211 - 19TH STREET
ROCK ISLAND, ILLINOIS 61201

August 25, 2005

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

        RE:    Lisa (Williams) Lindsey  vs.  National Car Rental System, Inc.

             USDC Docket No. 99-4101
             USCA Docket No. 01-4104

Dear Mr. Agnello:

     I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

     **3 Volumes of Pleadings**
     **4 Volumes of Loose Pleadings**

     Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

             Very truly yours,

             JOHN M. WATERS, CLERK

             BY:_____s/T. Peeples_____
                Deputy Clerk

99-4101 letter of transmittal of Long record on Appeal 0825.wpd