E-FILED
Friday, 02 September, 2005  12:49:06 PM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 309.793.5778
FAX: 309.793.5878

OFFICE OF THE CLERK
40 POST OFFICE BUILDING
211 - 19TH STREET
ROCK ISLAND, ILLINOIS 61201

03-3202

August 25, 2005

**FILED**
SEP 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

U.S.C.A. – 7th Circuit
F I L E D
AUG 2 9 2005  SK
GINO J. AGNELLO
CLERK

RE:   Lisa (Williams) Lindsey vs. National Car Rental System, Inc.

USDC Docket No. 99-4101
USCA Docket No. 03-4104

U.S.C.A. – 7th Circuit
R E C E I V E D
AUG 2 9 2005  JC
GINO J. AGNELLO
CLERK

Dear Mr. Agnello:  1896435-1

I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

**3 Volumes of Pleadings**
**4 Volumes of Loose Pleadings**

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

ON A 1 2 3
AUG 2 9 2005

Very truly yours,

JOHN M. WATERS, CLERK

BY:_____s/T. Peeples_____
       Deputy Clerk

99-4101 letter of transmittal of Long record on Appeal 0825.wpd