IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| LISA (WILLIAMS) LINDSEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 99-4101 |
| ) | |
| NATIONAL CAR RENTAL SYSTEM, INC., ) | Chief Judge McDade |
| ) | |
| Defendant. ) | Magistrate Judge Gorman |

## SATISFACTION AND RELEASE OF JUDGMENT

Defendant and judgment creditor National Car Rental System, Inc., having received full satisfaction and payment, releases Plaintiff Lisa (Williams) Lindsey (and her attorneys) from the judgment entered on August 2, 2002 and the amended judgment entered on July 17, 2003 against Plaintiff for $19,215.01.

Respectfully submitted,
NATIONAL CAR RENTAL SYSTEM, INC.

By: _____
One of its Attorneys

Kathy P. Fox
Beau C. Sefton
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, Illinois 60606
(312) 201-2000

Approved and Entered:

_____

United States District Court for the Central District of Illinois

## CERTIFICATE OF SERVICE

    I, Beau C. Sefton, an attorney, state that I caused a true and correct copy of the foregoing Satisfaction and Release of Judgment to be served upon the following counsel of record via U.S. Mail, before the hour of 5:00 p.m. on November 14, 2005:

Steven A. Sindell
Sindell, Young, Guidubaldi & Sucher
55 Public Square
Suite 1020
Cleveland, Ohio 44113

_____
Beau C. Sefton